IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. _____

SHANNON MORNEAU,

      Plaintiff

v.

PARK COUNTY SHERIFF,
FRED WEGENER,
CAPTAIN MULDOON and
SGT. SCOTT THEOBALD,

      Defendants.

_____

**NOTICE OF REMOVAL**
_____

      Defendants Park County Sheriff, Fred Wegener, Captain Muldoon and Sgt. Scott Theobald by and through counsel, Cathy Havener Greer and William T. O'Connell, III of Wells, Anderson & Race LLC and pursuant to 28 U.S.C. §§ 1331, 1441, 1446, file this Notice of Removal of the above action from the County Court, Park County, State of Colorado to the United States District Court for the District of Colorado and as grounds, state the following:

**CERTIFICATION PURSUANT TO D.C.Colo.LCivR. 7.1**

      Although no duty exists to confer before filing a Notice of Removal, undersigned counsel advised Plaintiff's counsel Todd Barson of Defendants' intention to file same in an e-mail dated April 9, 2012.

1. On March 27, 2012, Plaintiff commenced an action against Defendants in the County Court, Park County, State of Colorado styled *Shannon Morneau v. Park County Sheriff, Fred Wegener, Captain Muldoon, and Sgt. Scott Theobald,* Case No. 2012C104. A copy of this Notice of Removal has been served upon Plaintiff's counsel and all Defendants as indicated on the Certificate of Service.

2. This Notice of Removal is filed within the time limits of 28 U.S.C. § 1446, as it is filed within thirty days of receipt of the Summons and Complaint.

3. This is an action in which the district courts of the United States have original jurisdiction under the federal question provisions of 28 U.S.C. § 1331 because Plaintiff has asserted a violation of her Sixth Amendment right to counsel. The United States District Court for the District of Colorado is the appropriate court for filing a Notice of Removal from the County Court, Park County, State of Colorado where this action is pending, pursuant to 28 U.S.C. § 1441.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process, and orders in the State file of which Defendants are aware are filed with this Notice.

5. A copy of this Notice of Removal will be filed with the Clerk of the County Court, Park County, State of Colorado, pursuant to U.S.C. § 1446(d), and a copy has been served on Plaintiff, through his counsel, as indicated in the attached Certificate of Mailing.

WHEREFORE, Defendants Park County Sheriff, Fred Wegener, Captain Muldoon and Sgt. Scott Theobald remove this action from the County Court, Park County, State of Colorado, Colorado to the United States District Court for the District of Colorado.

Dated this 10th day of April 2012.

                Respectfully submitted,

                *S/ William T. O'Connell, III*_____
                William T. O'Connell, III
                Wells, Anderson & Race, LLC
                1700 Broadway, Suite 1020
                Denver, CO 80203
                T: 303-830-1212
                E-mail: woconnell@warllc.com

                *S/ Cathy Havener Greer*
                E-mail: cgreer@warllc.com

                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2012, a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Todd Barson, Esq.
The Law Offices of Todd Barson, P.C.
P.O. Box 5586
1760 Airport Rd., Unit C
Breckenridge, CO 80427
Email: toddbarson@gmail.com

                *S/ Barbara McCall*
                Barbara McCall
                Email: bmccall@warllc.com