| | |
|---|---|
| **COUNTY COURT, PARK COUNTY, COLORADO**<br>300 4TH Street<br>Fairplay CO 80440<br>(719)836-2940 | |
| **Plaintiff(s):** SHANNON MORNEAU<br><br>VS.<br><br>**Defendant(s): PARK COUNTY SHERIFF, FRED WEGENER, CAPTAIN MULDOON AND SGT. SCOTT THEOBALD** | ▲ **COURT USE ONLY** ▲<br>**Case Number: 11CR63** |
| Attorney:<br>The Law Offices of Todd Barson, P.C.<br>Todd Barson, 23529<br>P.O. Box 5586/1760 Airport Rd. Unit C<br>Breckenridge CO 80424<br>Ph 970-547-1857 Fax 888-779-5892<br>toddbarson@gmail.com | Div.          Ctrm: |
| **COMPLAINT** ||

COMES NOW, Plaintiff, Shannon Morneau, by and through the Law Offices of Todd Barson, P.C., by Todd Barson, and hereby files this Complaint, and in furtherance states the following:

1. Shannon Morneau is a resident of Park County.

2. The Park County Sheriff's Office is located in Fairplay, Colorado. The Park County Jail is a subdivision of the Park County Sheriff's Department. Fred Wegener is the Sheriff, and serving at his pleasure is Captain Muldoon and Sgt. Scott Theobald.

3. Jurisdiction is proper in the Park County Court and pursuant to C.R.S. 16-3-304 this action may be recovered in any court of competent jurisdiction. The request for damages does not exceed $15,000. Notice requirements of C.R.S. 24-10-109 have been fulfilled.

4. Shannon Morneau was arrested and confined at the Park County Jail on February 3, 2012, at or around midnight.

5. Shannon Morneau was denied her 6th Amendment right to council on Saturday, February 4, 2012 at 07:30. Specifically, Mrs. Morneau's council Todd Barson. (Colorado State Bar Number 23529) was denied access to her upon personal request from Todd Barson at 07:30, February 4, 2012.

6. Pursuant to C.R.S. 16-3-404,

(1) All peace officers or persons having in custody any person committed, imprisoned, or arrested for any alleged cause shall forthwith admit any attorney-at-law in this state, upon the demand of the prisoner or of a friend, relative, spouse, or attorney of the prisoner, to see and consult the person so imprisoned, alone and in private, at the jail or other place of custody, if such person so imprisoned expressly consents to see or to consult with the attorney.

(2) Any peace officer or person violating the duty imposed by this section or section 16-3-403 shall forfeit and pay not less than one hundred dollars nor more than one thousand dollars to the person imprisoned or to his attorney for the benefit of the person imprisoned, to be recovered in any court of competent jurisdiction.

7. The defendant is seeking $1000 from each of the defendants, plus court costs, and attorney fees. (See Nees v. Bishop, 524 F.Supp. 1310 (D.Colo. 1981))


WHEREFORE  the Plaintiff prays for the requested relief.

Dated this _____ day of _____, 2012.          **Respectfully submitted,**


_____
Todd Barson, #23529