LexisNexis File & Serve

Page 1 of 1

Click to Print

Printed on: Tuesday, April 10, 2012 08:48:47 MDT

**Submitted By:** Court | Plaintiff | Defendant

## Case History Search
Search Created:
Tuesday, April 10, 2012 08:48:47 MDT

| | | |
|---|---|---|
| **Court:** CO Park County-County Court 11th JD | **Judge:** Green, Brian Louis | **File & Serve Live Date:** 3/27/2012 |
| **Division:** A - Division A | **Case Number:** 2012C104 | **Document(s) Filed:** 2 |
| **Case Type:** Money | **Case Name:** MORNEAU, SHANNON vs. WEGENER, FRED et al | **Date Range:** All |

1-2 of 2 transactions   <<Prev Page 1 of 1 Next>>

| Transaction ▽ | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 43328860 | 3/27/2012 8:00 AM MDT | File And Serve | 2012C104 MORNEAU, SHANNON vs. WEGENER, FRED et al | Not Available, Not Available-n/a | Summons and Complaint Filed | Document filed in paper format--no additional information is available online | 0MB |
| 43328888 | 3/27/2012 8:00 AM MDT | File And Serve | 2012C104 MORNEAU, SHANNON vs. WEGENER, FRED et al | Not Available, Not Available-n/a | Certificate Filed | Document filed in paper format--no additional information is available online | 0MB |

1-2 of 2 transactions   <<Prev Page 1 of 1 Next>>