**Appendix B**

## SUPPLEMENTAL CIVIL COVER SHEET FOR
## NOTICES OF REMOVAL

The Removing Party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1 and 28 U.S.C. §§ 1446(a).

| Section A – Plaintiffs | Section B – Defendants |
|---|---|
| Plaintiff remaining in action at the time of Filing the Notice of Removal: | Defendants remaining in action at the time of filing the notice of Removal: |
| 1) Shannon Morneau | 1) Park County Sheriff <br> 2) Fred Wegener <br> 3) Captain Muldoon <br> 4) Sgt. Scott Theobald |

### Section C – Pending State Court Motions
### As of Date of Removal

| Title of Court Motion | Date Motion Filed |
|---|---|
| 1.   None |  |
| 2. |  |
| 3. |  |
| 4. |  |

### Section D – Scheduled State Court Hearings
### As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1.   None |  |  |  |
| 2. |  |  |  |
| 3. |  |  |  |
| 4. |  |  |  |

*S/ William T. O'Connell, III*
*Signature of Attorney for Removing Party:*
Cathy Havener Greer
William T. O'Connell, III
**WELLS, ANDERSON & RACE, LLC**
1700 Broadway, Suite 1020
Denver, CO 80290
Phone Number:  (303) 830-1212

*S/ Cathy Havener Greer*
Dated:  April 10, 2012

State Court Case No.  2012C104

*(Rev 11/08/2010)*