IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00949-CMA-BNB

SHANNON MORNEAU,

    Plaintiff

v.

PARK COUNTY SHERIFF,
FRED WEGENER,
CAPTAIN MULDOON and
SGT. SCOTT THEOBALD

---

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

---

This matter comes before the Court upon the Motion to Dismiss of Defendants Park County Sheriff, Fred Wegener, Captain Muldoon and Sgt. Scott Theobald. The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that Plaintiff's Complaint against Defendants Park County Sheriff, Fred Wegener, Captain Muldoon and Sgt. Scott Theobald is dismissed with prejudice.

DATED this ____ day of _____, 2012.

BY THE COURT:

_____
United States District Judge

1