IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00949-CMA-BNB

SHANNON MORNEAU,

    Plaintiff

v.

PARK COUNTY SHERIFF,
FRED WEGENER,
CAPTAIN MULDOON and
SGT. SCOTT THEOBALD,

    Defendants.

---

**PROOF OF SERVICE**

---

    Defendants Park County Sheriff, Fred Wegener, Captain Muldoon and Sgt. Scott Theobald by and through counsel, Cathy Havener Greer and William T. O'Connell, III of Wells, Anderson & Race, LLC and pursuant to D.C.COLO.LCivR 72.2 state they served this Court's Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2 (CM/ECF Docket # 4) upon Plaintiff's counsel via electronic mail on April 10, 2012. A copy of the electronic transmittal and confirmation or receipt attached as Exhibit A.

Dated this 11th day of April 2012.

              Respectfully submitted,

              *S/ William T. O'Connell, III*
              Cathy Havener Greer
              William T. O'Connell, III
              Wells Anderson & Race, LLC
              1700 Broadway, Suite 1020
              Denver, CO 80290
              T: 303-830-1212
              E-mail: cgreer@warllc.com; woconnell@warllc.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 11, 2012, a true and correct copy of the above and foregoing **PROOF OF SERVICE w**as electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Todd Barson, Esq.
The Law Offices of Todd Barson, P.C.
P.O. Box 5586
1760 Airport Rd., Unit C
Breckenridge, CO 80427
Email: toddbarson@gmail.com

              *S/ Barbara McCall*
              Barbara McCall
              Email: bmccall@warllc.com