# Barbara McCall

| | |
|---|---|
| From: | Barbara McCall |
| Sent: | Tuesday, April 10, 2012 4:30 PM |
| To: | 'toddbarson@gmail.com' |
| Cc: | Cathy Havener Greer; William O'Connell; Henry Johnson |
| Subject: | Shannon Morneau v. Park County Sheriff, et al - Civil Action No. 12-cv-00949-CMA-BNB |
| Attachments: | Magistrate Judge Consent Form (0704140).PDF |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'toddbarson@gmail.com' | |
| | Cathy Havener Greer | Delivered: 4/10/2012 4:30 PM |
| | William O'Connell | Delivered: 4/10/2012 4:30 PM |
| | Henry Johnson | Delivered: 4/10/2012 4:30 PM |

Dear Mr. Barson,

Pursuant to the Court's instructions, attached for your file and information is a copy of the above referenced form. Please contact either Ms. Greer and/or Mr. O'Connell with any questions. Thank you.

Barbara McCall
Legal Secretary to Cathy Havener Greer and
William T. O'Connell, III
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
(303) 830-1212
(303) 813-6526 (direct)
E-mail: bmccall@warllc.com

 Please consider the environment before printing this email

CONFIDENTIAL NOTE: *This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.*

1

**Barbara McCall**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | 'toddbarson@gmail.com' |
| **Sent:** | Tuesday, April 10, 2012 4:30 PM |
| **Subject:** | Relayed: Shannon Morneau v. Park County Sheriff, et al - Civil Action No. 12-cv-00949-CMA-BNB |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

'toddbarson@gmail.com' (toddbarson@gmail.com) <mailto:toddbarson@gmail.com>

Subject: Shannon Morneau v. Park County Sheriff, et al - Civil Action No. 12-cv-00949-CMA-BNB

1