IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00949-CMA-BNB

SHANNON MORNEAU,

    Plaintiff

v.

PARK COUNTY SHERIFF,
FRED WEGENER,
CAPTAIN MULDOON and
SGT. SCOTT THEOBALD

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE
---

The above parties, by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims arising out of the captioned matter which could have been brought, are dismissed WITH PREJUDICE, all parties to pay their own costs and fees.

Dated this 26th day of April 2012.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| <u>S/ Todd Barson</u> | <u>S/ William T. O'Connell, III</u> |
| Todd Barson | Cathy Havener Greer |
| The Law Offices of Todd Barson, P.C. | William T. O'Connell, III |
| P.O. Box 5586 | WELLS ANDERSON & RACE, L.L.C. |
| 1760 Airport Rd., Unit C | 1700 Broadway, Suite 1020 |
| Breckenridge, CO 80427 | Denver, CO 80290 |
| T: 970-547-1857 | T: (303) 830-1212 |
| Email: toddbarson@gmail.com | Email: cgreer@warllc.com; woconnell@warllc.com |
| **Counsel for Plaintiff** | **Counsel for Defendants** |