IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-00949-CMA-BNB

SHANNON MORNEAU,

    Plaintiff

v.

PARK COUNTY SHERIFF,
FRED WEGENER,
CAPTAIN MULDOON and
SGT. SCOTT THEOBALD

---

### ORDER FOR DISMISSAL WITH PREJUDICE
---

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendants, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendants are hereby dismissed WITH PREJUDICE, all parties to pay their own costs and fees.

DATED this ____ day of _____ 2012.

                                                    BY THE COURT:

                                                    _____
                                                    District Court Judge