**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00949-CMA-BNB

SHANNON MORNEAU,

      Plaintiff,

v.

PARK COUNTY SHERIFF,
FRED WEGENER,
CAPTAIN MULDOON, and
SGT. SCOTT THEOBALD,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With

Prejudice (Doc. # 10), signed by the attorneys for the parties hereto.  Upon review of the

Stipulation, and the Court being fully advised, it is

ORDERED that the Complaint and all claims arising out of the captioned matter

are hereby DISMISSED WITH PREJUDICE, each party to pay her or his own costs and

fees.

DATED:  April __27__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge